UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
HGM,

                              Plaintiff,

          -against-

SOLO INTERNATIONAL INC. et al.,

                            Defendants.
-----------------------------------------------------------------X

**22-CV-7149 (JPC) (KHP)**

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      A settlement conference in this matter is scheduled for **Tuesday, April 25, 2023 at 11:00 a.m.** over Microsoft Teams. Parties must attend with their counsel. Counsel for the parties will be sent an invitation by Judge Parker's chambers prior to the scheduled conference. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **April 18, 2023 by 5:00 p.m.**

      SO ORDERED.

DATED:      New York, New York
                February 27, 2023

*Katharine H Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/2023