

## SAWAEER LAW OFFICE PLLC
6915 5th Ave, 2nd Floor. Brooklyn, New York. 11209.Tel: 718-833-2290
mohammad@sawaeerlaw.com

..................................................................................................................

**Via ECF**

Hon. Katharine H. Parker
United States District Court
Southern District of New York 40 Foley Square,
New York, New York 10007

CC.     Chambers of Hon. Katharine H. Parker
        courtmail@nysd.uscourts.gov

C.C.    Jason J. Rebhun,
        jason@jasonrebhun.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/21/2023

**MEMO ENDORSED**

Re:     *HGM v. Solo International Inc., et al.*
        **Case No. 1:22-CV-07149**

Your Honor:

I represent the plaintiff, HGM, in the above-referenced matter, and submit this letter to request an adjournment of the ~~Pretrial Conference~~ **Settlement Conference** that is set for April 25th, 2023 at 11 am, in accordance with the court's order dated March 16th, 2023.

April 25th, 2023 coincides with a religious holiday which my clients and I observe, therefore, I kindly request that the court grants this motion for adjournment. I also sought the opposing counsel's consent, and he graciously provided it.

   Moreover, this is the second request for adjournment or extension submitted to the court by either of the parties. The first request for extension of time to answer was submitted by the Defendants (See Doc#15), and said request was granted by the Court on December 16,2022(See Doc#16).

   We thank the Court for its consideration in this matter.

Dated: Brooklyn, New York, April 20, 2023

Sincerely,

/s/ Mohammad Alsawaeer
_____
Mohammad Alsawaeer, Esq
Attorney for the Plaintiff
6915 5th Ave, 2nd Floor.
Brooklyn, New York. 11209.
Tel: 718-833-2290
mohammad@sawaeerlaw.com

**APPLICATION GRANTED:** The Settlement Conference in this matter scheduled for Tuesday, April 25, 2023 at 11:00 a.m. by Microsoft Teams is hereby rescheduled to **Monday, August 7, 2023 at 10:00 a.m.** Parties must attend with their counsel. Counsel for the parties will be sent an invitation by Judge Parker's chambers prior to the scheduled conference. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **July 31, 2023 by 5:00 p.m.**

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

04/21/2023