USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/07/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
HGM,

                              Plaintiff,                    22-CV-7149 (JPC) (KHP)

           -against-                    **ORDR SCHEDULING SETTLEMENT**
                                                                   **STATUS CONFERENCE**

SOLO INTERNATIONAL INC. et al.,

                              Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

A counsel-only telephonic Settlement Status Conference in this matter is hereby scheduled for **Monday, August 21, 2023 at 1:00 p.m.**  Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267**.

SO ORDERED.

DATED:    New York, New York
                 August 7, 2023

                                                                 _____
                                                                 KATHARINE H. PARKER
                                                                 United States Magistrate Judge