```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
HGM,
                                    Plaintiff,

              -against-

SOLO INTERNATIONAL INC., COMFY COZY LLC,
and SOLOMON BAILEY
                                    Defendants.
----------------------------------------------------------------X
```

**USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #:_____ DATE FILED: 10/16/2023**

**22-CV-7149 (JPC) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

Since this Court allowed the withdrawal of counsel on August 28, 2023, no attorney has made an appearance on behalf of the Corporate Defendants, Solo International Inc., and Comfy Cozy LLC. (ECF No. 29.) The Corporate Defendants are reminded that they may not proceed pro se and must retain counsel or be subject to a default judgement. The Corporate Defendants shall have counsel enter an appearance in this matter by **October 30, 2023.**

**By November 3, 2023,** the parties shall file a letter with the Court setting forth any remaining discovery and stating whether they are ready for trial or, alternatively, wish to file a dispositive motion.

      SO ORDERED.

DATED:   New York, New York
         October 16, 2023

_____
KATHARINE H. PARKER
United States Magistrate Judge