```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
HGM,                                                                   :
                                                                       :
                              Plaintiff,                               :
                                                                       :        22 Civ. 7149 (JPC) (KHP)
              -v-                                                      :
                                                                       :                 ORDER
SOLO INTERNATIONAL INC. et al.,                                        :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The parties shall appear for a status conference on January 11, 2024, at 10:00 a.m. At the scheduled time, the parties should call (866) 434-5269, access code 9176261. Plaintiff is further ordered to serve a copy of this Order on Defendants, including at any physical and email addresses Plaintiff has for Defendants, by 5:00 p.m. on January 9, 2024.

SO ORDERED.

Dated: January 5, 2024
       New York, New York

_____
JOHN P. CRONAN
United States District Judge