UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                   :

HGM,                                       :

                 Plaintiff,               :

                                       :       22 Civ. 7149 (JPC) (KHP)

        -v-                                  :

                                     :       <u>ORDER</u>

SOLO INTERNATIONAL INC. *et al.*,       :

                 Defendants.      :

------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On January 11, 2024, the Court issued an order scheduling a hearing for April 17, 2024, at 11:00 a.m. at which Defendants were directed to show cause why an order should not be issued granting a default judgment against them.  Dkt. 36.  That hearing is hereby adjourned to April 18, 2024, at 9:00 a.m.  At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.  It is further ordered that Plaintiff serve Defendants via overnight courier with a copy of this Order and file proof of such service on the docket by April 12, 2024.

      SO ORDERED.

Dated: April 10, 2024
      New York, New York                                   _____
                                                                JOHN P. CRONAN
                                                               United States District Judge