UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
HGM, :
:
:
Plaintiff, :
: 22 Civ. 7149 (JPC) (KHP)
-v- :
: ORDER
SOLO INTERNATIONAL INC. *et al.*, :
:
Defendants. :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On April 10, 2024, the Court issued an Order adjourning the default judgment hearing originally scheduled for April 17, 2024, at 11:00 a.m., to April 18, 2024, at 9:00 a.m. Dkt. 43. Plaintiff was ordered to file proof of service of that Order by April 12, 2024. *Id.* No such filing has been made. In addition, on April 11, 2024, the Court issued an Order requiring Plaintiff to provide the Court with a variety of additional information necessary for conducting the April 18 default judgment hearing. Dkt. 44. Plaintiff was also ordered to file proof of service of that Order by April 12, 2024, *id.* at 2, but again no such filing has been made.

Plaintiff is directed to file proof of service of both Orders by today, April 15, 2024. In addition, the Court reminds Plaintiff that the additional information sought in the Court's April 11, 2024 Order is due today. *See* Dkt. 44 at 1-2.

SO ORDERED.

Dated: April 15, 2024
       New York, New York
                                                    _____
                                                    JOHN P. CRONAN
                                                    United States District Judge