```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
HGM,                                                             :
                                                                 :
                            Plaintiff,                           :
                                                                 :        22 Civ. 7149 (JPC) (KHP)
              -v-                                                :
                                                                 :                ORDER
SOLO INTERNATIONAL INC. et al.,                                  :
                                                                 :
                            Defendants.                          :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On April 18, 2024, the Court issued an Order granting Plaintiff permission to amend the Amended Complaint, Dkt. 5, to clarify whether the two causes of action contained in the Amended Complaint are pleaded against some, or all, of the named Defendants. Dkt. 47 at 2. In accordance with the schedule set forth in the April 18 Order, Plaintiff filed a Second Amended Complaint on April 25, 2024. Dkt. 49.

Prior to this, on February 9, 2024, Plaintiff filed a motion for default judgment premised on Defendants' failure to appear in this action following the withdrawal of their counsel. *See* Dkt. 41. As that motion was based on the allegations in the Amended Complaint, the motion is denied without prejudice as moot. In addition, the default judgment hearing scheduled for May 8, 2024, at 9:30 a.m., is hereby adjourned *sine die* and the certificate of default issued by the Clerk of Court on January 18, 2024, is hereby vacated. Defendant may seek to initiate renewed default judgment proceedings if Defendants fail to answer or otherwise respond to the Second Amended Complaint by May 16, 2024.

SO ORDERED.

Dated: April 29, 2024
       New York, New York                        _____
                                                        JOHN P. CRONAN
                                                     United States District Judge