```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
HGM,

                                    Plaintiff,

              -against-

SOLO INTERNATIONAL INC. et al.,

                                    Defendants.
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/18/2025

**22-CV-7149 (JPC) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On February 13, 2025, counsel for Plaintiff filed a Motion to Withdraw as Counsel for Plaintiff "due to irreconcilable differences regarding how to further proceed with the matter." (ECF No. 55)  Any objections to the motion should be filed by **March 4, 2025**.  Plaintiff HGM is advised that a company cannot represent itself pro se and that, if the motion to withdraw is granted, it must obtain alternate counsel within 30 days or risk dismissal of this action under Federal Rule of Civil Procedure 41(b).  *United States ex rel. Mergent Servs. v. Flaherty*, 540 F.3d 89, 92 (2d Cir. 2008) ("It is well established that a layman may not represent a corporation even if the sole shareholder."); *Souzhou Textiles Imp. & Exp. v. Swell Fashions, Inc.*, 1997 WL 13224, at *1 (S.D.N.Y. Jan. 15, 1997) ("[T]he right to appear pro se does not apply to corporations, partnerships, or associations. Rather, federal courts require that an attorney appear for corporations in litigation.").  Plaintiff's counsel shall serve a copy of this Order on Plaintiff and file proof of service of same.

**SO ORDERED.**

DATED: February 18, 2025
          New York, New York

                                              KATHARINE H. PARKER
                                              United States Magistrate Judge