```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/9/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
HGM,

                            Plaintiff,

           -against-

SOLO INTERNATIONAL INC., et al.,

                          Defendants.
-----------------------------------------------------------------X

**22-CV-7149 (JPC) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On February 13, 2025, Plaintiff's counsel, Mohammad Al Sawaeer, Esq., moved to withdraw as counsel of record pursuant to Local Civil Rule 1.4 "due to irreconcilable differences regarding how to further proceed with this matter." (ECF No. 55) On February 18, 2025, the Court issued an order setting a deadline of March 4, 2025 for filing objections to the motion and requiring Plaintiff's counsel to serve a copy of the order on Plaintiff and proof of service of same with the Court. (ECF No. 56) To date, Plaintiff's counsel has not filed proof of service of the order on Plaintiff. Plaintiff's counsel shall file said proof of service **by April 16, 2025**. **By April 16, 2025**, Plaintiff's counsel shall also file supplemental information in support of his Motion to Withdraw to comply with Local Civil Rule 1.4, including informing the Court whether he is asserting a retaining or charging lien.

      **SO ORDERED.**

Dated: April 9, 2025
       New York, New York

                                                KATHARINE H. PARKER
                                               United States Magistrate Judge