UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
HGM,

                                          Plaintiff,

           -against-

SOLO INTERNATIONAL INC. et al.,

                                     Defendants.
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/19/2025

**22-CV-7149 (JPC) (KHP)**

**REPORT AND RECOMMENDATION
ON CASE DISMISSAL FOR FAILURE
TO PROSECUTE**

**TO: THE HONORABLE JOHN P. CRONAN, UNITED STATES DISTRICT JUDGE
FROM: KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

        On April 17, 2025, the undersigned issued an order granting Plaintiff's counsel's Motion to Withdraw and advising Plaintiff that "because it is an entity, it may not represent itself," and therefore, "Plaintiff shall obtain substitute counsel within 30 days of the date of this order or this case may be terminated for lack of prosecution." (ECF No. 59)  Thirty days have passed and Plaintiff has failed to obtain substitute counsel or request an extension of the deadline to obtain such counsel.  In light of this, I respectfully recommend that Plaintiff's case be dismissed without prejudice for failure to prosecute.

DATED: May 19, 2025
         New York, New York

                                                          Respectfully submitted,

                                                          */s/ Katharine H. Parker*

                                                          KATHARINE H. PARKER
                                                          United States Magistrate Judge

## **NOTICE**

**Plaintiff shall have seventeen days and Defendants shall have fourteen days from the date of this Report and Recommendation to file written objections pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b) to this Report and Recommendation.  If Defendants file written objections to this Report and Recommendation, Plaintiff may respond to the objections within seventeen days after being served with a copy.  Fed. R. Civ. P.72(b)(2).  If Plaintiff files written objections, Defendants may respond to the objections within fourteen days.**

**Objections and responses to objections shall be filed with the Clerk of Court, with courtesy copies delivered to the Hon. John P. Cronan at 500 Pearl Street, New York, NY 10007-1312, to the chambers of the undersigned magistrate judge, and to any opposing parties.  See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(a), 6(d), 72(b).  Any request for an extension of time to file objections must be directed to Judge Cronan.  Failure to file timely objections will result in a waiver of those objections for purposes of appeal.  See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(a), 6(d), 72(b); *Thomas v. Arn*, 474 U.S. 140 (1985).**