UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
                                                                         :
HGM,                                                                     :
                                                                         :
                                                                         :
                    Plaintiff,                                           :    22 Civ. 7149 (JPC) (KHP)
                                                                         :
         -v-                                                             :    ORDER ADOPTING
                                                                         :    REPORT AND
SOLO INTERNATIONAL INC. *et al.*,                                        :    RECOMMENDATION
                                                                         :
                    Defendants.                                          :
                                                                         :
------------------------------------------------------------------------ X

JOHN P. CRONAN, United States District Judge:

On May 19, 2025, the Honorable Katharine H. Parker, to whom this case has been referred for general supervision of pretrial proceedings, issued a Report and Recommendation, recommending that the Court dismiss this case for failure to prosecute. Dkt. 61.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge" in a Report and Recommendation. 28 U.S.C. § 636(b)(1)(C). If a party submits a timely objection to any part of the magistrate judge's disposition, the district court will conduct a *de novo* review of the contested section. Fed. R. Civ. P. 72(b)(3); *see also United States v. Male Juvenile*, 121 F.3d 34, 38 (2d Cir. 1997). If no objections are made, the Court reviews the Report and Recommendation for clear error. *See, e.g.*, *Wilds v. United Parcel Serv.*, 262 F. Supp. 2d 163, 169 (S.D.N.Y. 2003).

The Report and Recommendation, citing both Rule 72 of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1), advised Plaintiff that it had seventeen days from service of the Report and Recommendation to file any objections and advised Defendants that they had fourteen days to file objections, and warned that failure to timely file such objections would result in waiver of any right to object. Dkt. 61 at 2. No objections have been filed and the time for

making any objections has passed. The parties have therefore waived the right to object to the Report and Recommendation or to obtain appellate review. *See Frank v. Johnson*, 968 F.2d 298, 300 (2d Cir. 1992).

Notwithstanding this waiver, the Court has conducted a *de novo* review of the Report and Recommendation, and finds it to be well founded. Accordingly, the Court adopts the Report and Recommendation in its entirety and dismisses this case without prejudice for failure to prosecute. The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated: June 17, 2025
New York, New York

_____
JOHN P. CRONAN
United States District Judge